COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| EPICOUS ADVENTURE TRAVEL, LLC, | § | No. 08-18-00057-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| TATEOSSIAN, INC. D/B/A SOCIAL FIX MEDIA, ALTERNATIVELY SOCIAL FIX MEDIA, AND TERRY TATEOSSIAN, | § | of El Paso County, Texas |
| | § | (TC # 2017-DCV-1030) |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF FEBRUARY, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.